UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

JASON HUCKER,
CDCR # P-73941

Plaintiff,

vs.

J. HILL, Warden, et al.,

Defendants.

Case No.: 3:25-cv-2533-RBM-AHG

**ORDER:**

**(1) GRANTING MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT [Doc. 12]**

**(2) EMERGENCY MOTION FOR EXTENSION OF TIME [Doc. 13]**

**[Docs. 12, 13]**

Plaintiff Jason Hucker is a state prisoner proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983. On May 7, 2026, the Court dismissed Plaintiff's Complaint for failure to state a claim with leave to amend on or before June 22, 2026. (Doc. 8.) The Court granted Plaintiff's June 26, 2026 motion seeking to extend time to amend based on Plaintiff's assertion that he has been housed in the restricted housing unit without access to his legal documents and expected to be released back to the general population soon. (Docs. 9, 11.) Plaintiff's time to amend was extended to August 5, 2026. (Doc. 11.) Plaintiff has now filed two more motions seeking extensions of time

to file an amended complaint. (Docs. 12–13.) Collectively, Plaintiff indicates in these motions that he has been unable to prepare his amended complaint as a result of: (1) delays in return of his property after being in restricted housing; (2) his property being inaccessible as a result of an anticipated transfer from one facility to another; (3) a delay resulting from changes in the facility he is being transferred to; and (4) lack of access to the law library. (Docs. 12–13.) In his August 27, 2026 Motion, Plaintiff requested an extension to September 5, 2026 (Doc. 12) and in his most recent motion, Plaintiff requests an extension to December 5, 2026 (Doc. 13).

Good cause appearing, Plaintiff's August 27, 2026 Motion (Doc. 12) is **GRANTED** and his September 14, 2026 Motion (Doc. 13) is **GRANTED in part.** While the reasons provided by Plaintiff warrant some extension of time, it is not clear from Plaintiff's most-recently filed motion (Doc. 13) that he will not have access to the property and materials needed to file an amended complaint for as long as he anticipates. Accordingly, the Court extends Plaintiff's time to file an amended complaint to **November 4, 2026**. Plaintiff is reminded that any amended complaint must be complete by itself without reference to the original Complaint. *See* S.D. Cal. CivLR 15.1; *Hal Roach Studios, Inc. v. Richard Feiner & Co., Inc.*, 896 F.2d 1542, 1546 (9th Cir. 1989) ("[A]n amended pleading supersedes the original."); *Lacey v. Maricopa Cnty.*, 693 F.3d 896, 928 (9th Cir. 2012) (noting that claims dismissed with leave to amend which are not re-alleged in an amended pleading may be "considered waived if not repled.")

**IT IS SO ORDERED.**

Dated: October 15, 2026

HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE